FILED
May 12, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                         )     Case No. 2:14CR00089-TLN-1
        Plaintiff,        )
v.                              )     ORDER FOR RELEASE OF
                                         )     PERSON IN CUSTODY
FREDERICK SIMONELLI,        )
        Defendant.      )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __FREDERICK SIMONELLI__, Case No. __2:14CR00089-TLN-1__, Charge __18USC § 2252(a)(2)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $__

        ✔   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

        ✔   (Other)     __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __May 12, 2014__ at __2:00 pm__.

                                                 By   /s/ Allison Claire/s/ Allison Claire
                                                       Allison Claire
                                                       United States Magistrate Judge

Copy 2 - Court