BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  2:14-CR-0089 TLN |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE FROM JUNE 19, 2014, TO AUGUST 28, 2014** |
| FREDERICK SIMONELLI, | ) | |
| Defendant. | ) | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 19, 2014.

2. By this stipulation, the parties now move to continue the status conference until August 28, 2014, at 9:30 a.m., and to exclude time between June 19, 2014, and August 28, 2014 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has represented that the discovery associated with this case includes a significant amount of computer evidence.  Some of this discovery has been

1  provided, or has been made available to the defense for review.

2     b. Counsel for the defendant is unable to devote the time necessary to review of
3  the evidence because of other duties.  Counsel for defendant believes that failure to grant
4  the above-requested continuance would deny him the reasonable time necessary for
5  effective preparation, taking into account the exercise of due diligence.

6     c. The parties are negotiating a resolution of the case.  The continuance is
7  necessary to allow for the defendant to enter into a plea agreement.

8     d. The government does not object to the continuance.

9     e. Based on the above-stated findings, the ends of justice served by continuing
10 the case as requested outweigh the interest of the public and the defendant in a trial
11 within the original date prescribed by the Speedy Trial Act.

12    f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.
13 § 3161, et seq., the time period of June 19, 2014 to August 28, inclusive, is deemed
14 excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results
15 from a continuance granted by the Court at defendant's request on the basis of the
16 Court's finding that the ends of justice served by taking such action outweigh the best
17 interest of the public and the defendant in a speedy trial.

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28    4. Nothing in this stipulation and order shall preclude a finding that other

1 provisions of the Speedy Trial Act dictate that additional time periods are excludable
2 from the period within which a trial must commence.
3 IT IS SO STIPULATED.

4 Dated: June 19, 2014                           Respectfully Submitted,

5                                                BENJAMIN B. WAGNER
                                                 United States Attorney
6
                                          By:   */s/ Kyle Reardon*
7                                                KYLE REARDON
                                                 Assistant U.S. Attorney
8
9 Dated: June 19, 2014                           */s/ Kyle Reardon* for
                                                 DAVID WEINER
                                                 Attorney for the Defendant

3

Stipulation and Order
United States v. Simonelli
2:14-CR-0089 TLN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>FREDERICK SIMONELLI,<br><br>       Defendant. | CASE NO.  2:14-CR-0089 TLN<br><br>**ORDER CONTINUING STATUS CONFERENCE FROM JUNE 19, 2014, UNTIL AUGUST 28, 2014** |

The parties' stipulation is approved and so ordered.  The time beginning June 19, 2014, until August 28, 2014, is excluded from the calculation of time under the Speedy Trial Act.  For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: June 19, 2014

_____
Troy L. Nunley
United States District Judge