**FILED**
AUG - 8 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

1  KYLE R. KNAPP (SBN 166597)
   ATTORNEY AT LAW
2  1120 D Street, Suite 100
3  Sacramento, CA. 95814
   Tel. (916) 441-4717
4  Fax (916) 441-4299
5  E-Mail: kyleknapp@sbcglobal.net

6  Attorney for Defendant
   FREDERICK SIMONELLI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FREDERICK SIMONELLI.<br><br>    Defendant. | No. 14-CR-00089-TLN<br><br>STIPULATION AND<br>[PROPOSED] ORDER CONTINUING CASE<br>AND EXCLUDING TIME<br><br>Date:  August 7, 2014<br>Time:  2:00am.<br>Judge:  Honorable Troy L. Nunley |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Kyle Reardon, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant Frederick Simonelli that his conditions of release be amended to curfew status as fully set forth in Exhibit A.  The genesis for this request is Mr. Simonelli's living situation, his myriad of medical problems and the necessitated appointments. There have been no violations or incidents while he has been on release and Mr. Reardon has no objection to the modification to curfew status.

IT IS SO STIPULATED.

Dated: August 7, 2014                                    BENJAMIN B. WAGNER
                                                         UNITED STATES ATTORNEY

|  |  |
|---|---|
| | by: /s/ Kyle Knapp for<br>KYLE REARDON<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| Dated: August 7, 2014 | /s/ Kyle Knapp<br>KYLE KNAPP<br>Attorney for Defendant<br>FREDERICK SIMONELLI |

## DAD [PROPOSED] ORDER

The Stipulation of the parties is hereby accepted and the requested amendment of Mr. Simonelli's conditions of release to curfew status, as detailed in Exhibit A, is GRANTED.

**IT IS SO ORDERED.**

Dated: 8/8/14

_____
HON. Dale A. Drozd
United States Magistrate

## AMENDED Conditions of Release

Frederick Simonelli

August 6, 2014

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;
2. Your report in person to the Pretrial Services Agency on the first working day following your release from custody;
3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;
4. You shall cooperate in the collection of a DNA sample;
5. Your travel is restricted to Eastern District of California unless otherwise approved in advance by the pretrial services officer;
6. You shall surrender your passport to the Clerk, U.S. district Court, and obtain no passport or other travel documents during the pendency of this case;
7. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;
8. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;
9. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;
10. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;
11. You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;
12. **CURFEW:** *You are restricted to your residence every day from 5pm to 8am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.*

13. You shall not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

14. You shall not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the pretrial services officer;

15. You shall not use or possess a computer in your residence or at any other location unless otherwise approved by the pretrial services officer;

16. You shall not loiter or be found within 100 feet of any school yard, park, playground, arcade, movie theater, or other place primarily used by children under the age of 18;

17. You shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18;

18. You shall not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18; and,

19. You shall not use any device offering Internet access as a means of accessing any material that relates to the criminal activity charged in the pending allegations.