BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK SIMONELLI,<br><br>Defendant. | CASE NO.  2:14-CR-0089 TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE FROM AUGUST 28, 2014, TO SEPTEMBER 25, 2012** |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 28, 2014.

2. By this stipulation, the defendant now moves to continue the status conference until September 25, 2014, and to exclude time between August 28, 2014, and September 25, 2014 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the discovery associated with this case includes several hundred pages of discovery.  Included with this discovery is a significant

1 amount of computer evidence.  All of this discovery has been either produced directly to
2 counsel and/or made available for inspection and copying.  Counsel is currently working
3 with the United States to obtain access to the digital evidence in this case.
4       b.  Counsel for defendant believes that failure to grant the above-requested
5 continuance would deny him the reasonable time necessary for effective preparation,
6 taking into account the exercise of due diligence.
7       c.  The government does not object to the continuance.
8       d.  Based on the above-stated findings, the ends of justice served by continuing
9 the case as requested outweigh the interest of the public and the defendant in a trial
10 within the original date prescribed by the Speedy Trial Act.
11       e.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §
12 3161, et seq., the time period of August 28, 2014 to September 25, 2014, inclusive, is
13 deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it
14 results from a continuance granted by the Court at defendant's request on the basis of the
15 Court's finding that the ends of justice served by taking such action outweigh the best
16 interest of the public and the defendant in a speedy trial.
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 21, 2014                    Respectfully Submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                    By:   */s/ Kyle Reardon*
                                                    KYLE REARDON
                                                    Assistant U.S. Attorney

Dated: August 21, 2014                    */s/ Kyle Reardon* for
                                               KYLE KNAPP
                                               Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FREDERICK SIMONELLI,<br><br>　　　　Defendant. | CASE NO. 2:14-CR-0089 TLN<br><br>**ORDER CONTINUING STATUS CONFERENCE FROM AUGUST 28, 2014, UNTIL SEPTEMBER 25, 2014** |

　　　The parties' stipulation is approved and so ordered.  The time beginning August 28, 2014, until September 25, 2014, is excluded from the calculation of time under the Speedy Trial Act.  For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: August 21, 2014

_____
Troy L. Nunley
United States District Judge