KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
FREDERICK SIMONELLI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK SIMONELLI.<br><br>Defendant. | No. 2:14-CR-0089-TLN<br><br>STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Date: December 18, 2014<br>Time: 9:30 am.<br>Judge: Honorable Troy L. Nunley |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Josh Sigal, Assistant United States Attorney, attorney for plaintiff, and Kyle Knapp, attorney for defendant, Frederick Simonelli, that the previously-scheduled status conference, currently set for November 13, 2014, be vacated and that the matter be set for status conference on December 18, 2014 at 9:30 a.m.

This continuance is requested to allow defense counsel additional time to finalize review of the discovery, engage experts, met with his client, investigate possible defenses and to continue exploring the facts of the case. In addition, there is a plea agreement which will have to be triaged with my client.

1

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, November 11, 2014, up to and including December 18, 2014.

IT IS SO STIPULATED.

Dated:  November 11, 2014                               BENJAMIN B. WAGNER
                                                        UNITED STATES ATTORNEY

                                              by:       /s/ Josh F. Sigal
                                                        JOSH F. SIGAL
                                                        Assistant U.S. Attorney
                                                        Attorney for Plaintiff

Dated:  November 11, 2014                               /s/ Kyle R. Knapp
                                                        KYLE KNAPP
                                                        Attorney for Defendant
                                                        FREDERICK SIMONELLI

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's November 13, 2014 criminal calendar and re-calendared for status conference on December 18, 2014, at 9:30 a.m.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on November 11, 2104 through and including December 18, 2014 pursuant to 18 U.S.C. Section 3161(h)(7)(B) (iv) and corresponding Local Code T-4.

**IT IS SO ORDERED**.

Dated:  November 12, 2014

_____
Troy L. Nunley
United States District Judge