KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
FREDERICK SIMONELLI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>FREDERICK SIMONELLI,<br><br>   Defendant. | No. 2:14-CR-0089-TLN<br><br>STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Date: February 19, 2015<br>Time: 9:00 am.<br>Judge: Honorable Troy L. Nunley |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Josh Sigal, Assistant United States Attorney, attorney for plaintiff, and Kyle Knapp, attorney for defendant, Frederick Simonelli, that the previously-scheduled status conference, currently set for December 18, 2014, be vacated and that the matter be set for status conference on February 19, 2015 at 9:30 a.m.

   This continuance is requested to allow defense counsel additional time to finalize review of the discovery, engage experts particularly with respect to the computer forensics and my clients psychological status and background. My client is also having a myriad of physical problems, documentation of which is important for his defense..   In addition, there is a proposed plea agreement in hand which will have to be further discussed.

1. IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, December 16, 2014, up to and including February 19, 2015.

IT IS SO STIPULATED.

Dated:  December 16, 2014                    BENJAMIN B. WAGNER
                                             UNITED STATES ATTORNEY

                                      by:    /s/ Josh F. Sigal
                                             JOSH F. SIGAL
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

Dated:  December 16, 2014                    /s/ Kyle R. Knapp
                                             KYLE KNAPP
                                             Attorney for Defendant
                                             FREDERICK SIMONELLI

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's December 18, 2014 criminal calendar and re-calendared for status conference on February 19, 2015, at 9:30 a.m.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded from the time of the filing of this stipulation on December 16, 2014 through and including February 19, 2015 pursuant to 18 U.S.C. Section 3161(h)(7)(B) (iv) and corresponding Local Code T-4.

**IT IS SO ORDERED**.

Dated:  December 17, 2014

_____
Troy L. Nunley
United States District Judge