BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>FREDERICK SIMONELLI,<br><br>            Defendant. | CASE NO. 2:14-CR-0089 TLN<br><br>**MOTION TO DISMISS INDICTMENT AND ORDER DISMISSING INDICTMENT** |

The United States, by and through its undersigned attorney, hereby moves the Court, under Federal Rule of Criminal Procedure 48(a), to dismiss the indictment with respect to defendant Frederick Simonelli for the following reasons:

1. According to a death certificate issued by the Sacramento County Department of Health and Human Services, the defendant died on January 6, 2015.

2. The government received a copy of the death certificate on February 3, 2015. A redacted copy of that report is attached hereto as Exhibit A.

///

///

///

///

1  Accordingly, the United States moves the Court to dismiss the indictment against
2  the defendant in this matter, and to vacate the upcoming status conference on February
3  19, 2015.

4  DATED: February 10, 2015          Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney

                              By:    /s/ Josh Sigal
                                     JOSH SIGAL
                                     Special Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:14-CR-0089 TLN |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| FREDERICK SIMONELLI, ) | |
| Defendant. ) | |

The United States' motion to dismiss the pending indictment against defendant Frederick Simonelli in case number 2:14-CR-0089 is granted. The status conference set for February 19, 2015, is hereby vacated.

Dated: February 10, 2015

Troy L. Nunley
United States District Judge